

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| R & M THOMASON FAMILY LIMITED PARTNERSHIP, Individually and Derivatively on Behalf of Both CBIF LIMITED PARTNERSHIP and COLUMBIA AIRPORT, L.L.C., | § § § | No. 08-13-00030-CV |
| Appellants, | § | Appeal from the |
| v. | § | 141st Judicial District Court |
| STEVE K. FLORY, JORGE E. CANSECO, COLUMBIA BROKERAGE INVESTMENTS, INC., CCC MONTERREY PARTNERS LP, CBIF LIMITED PARTNERSHIP, and COLUMBIA AIRPORTS LLC, | § § § § | of Tarrant County, Texas (TC# 141-253166-11) |
| Appellees. | § | |

## MEMORANDUM   OPINION

Appellants, R & M Thomason Family Limited Partnership, individually and derivatively on behalf of both CBIF LIMITED PARTNERSHIP and COLUMBIA AIRPORT, L.L.C., have filed a motion to dismiss their appeal against Appellees, Steve K. Flory, Jorge E. Canseco, Columbia Brokerage Investments, Inc., CCC Monterrey Partners LP, CBIF Limited Partnership, and Columbia Airports LLC.   As permitted by the Texas Rules of Appellate Procedure, we may dismiss an appeal "[i]n accordance with a motion of appellant . . . unless [dismissing the appeal] would prevent a party from seeking relief to which it would otherwise be entitled."   TEX.R.APP.P.

42.1(a)(1). The motion to dismiss has been on file for more than ten days and indicates it has been served upon Appellees' counsel and that Appellees do not oppose the motion. As of today, we have received no response or opposition to the motion. Because Appellants have complied with the requirements of Rule 42.1(a)(1) and no opposing party has sought relief, we grant the motion and dismiss the appeal. Because there is no agreement between the parties as to costs, we assess costs against Appellants. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

May 29, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.